**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**  Case No. 8:24-cr-198-MSS-AEP

**BUDDY ALLEN TRAVIS**
_____/

# Attachment A

**CONFIDENTIAL**
REDISCLOSURE PROHIBITED



# POLYGRAPH EXAMINATION REPORT

## EXAMINEE INFORMATION

**Name:** Buddy Travis

**Date of Birth:**

**Address:** Pinellas County Jail
14400 49th Street North
Clearwater, Florida 33760

## EXAM INFORMATION

**Location:** Clearwater, Florida

**Date/Time:** 09/20/2024 @ 9:30 am

**Start/End:** 9:50 am to 11:20 am

**Examiner:** Geronimo Garcia

**Type:** Screening Exam

**Final Call:** No Significant Response (NSR)

## SECTION I – PURPOSE OF EXAMINATION

The main issue under consideration for the polygraph examination was whether the examinee was telling the truth to the relevant questions listed under Section III of this report.

## SECTION II – PRE TEST INTERVIEW

Examinee voluntarily submitted to a polygraph examination after he read, understood, and voluntarily signed a Polygraph Consent and Release Form. Prior to commencing the polygraph examination, a verbal pre-test interview was conducted to summarize the examinee's personal and case history, determine the examinee's suitability for the polygraph technique, explain the polygraph components and related physiological processes, debrief the examinee of any information regarding the issues and circumstances under review, and thoroughly review the test questions and the examinee's intended answers. The purpose of this detailed review of all test questions was to ensure the examinee completely understood the questions before the onset of the testing phase of the examination. In addition, the examinee was fully advised that the entire examination would be recorded using both

**CONFIDENTIAL**
**REDISCLOSURE PROHIBITED**

audio and video. In the opinion of the examiner, examinee was suitable for polygraph testing. During the pre-test interview, examinee stated the following:

Examinee slept less than his normal hours the night before his polygraph appointment but was not tired and able to focus on the exam.

Examinee described his health as excellent. He did not report any serious health-related issues or illnesses and he was not prescribed and did not take any medications in the last 24 hours.

In 2023, examinee engaged in on-line sexual in nature communications with a 16-year-old female. This activity caught the attention of the Federal Bureau of Investigation (FBI) and he was letter arrested for production of child pornography and soliciting a minor for sex.

Examinee provided the following information when asked whether he engaged in sexual activity with a minor as an adult:

- When he was 18 years old, he had sexual contact with his girlfriend who was 17 years old at the time. They started dating each other when he was 17 years old and she was 16 years old. They later married and had children but have since divorced.

## SECTION III – IN TEST PHASE

A Lafayette computerized polygraph system, model LX5000 was used for the collection of polygraph tests (test data). This instrument makes a continuous recording of autonomic responses associated with respiration, electrodermal activity, cardiovascular functioning, and pulse blood volume. The instrument also includes sensors designed to record peripheral behavior activity and cooperation during the examination. A functionality check prior to the examination confirmed the instrument was in proper working order.

The following relevant questions were asked by the examiner and responses were provided by the examinee during the polygraph examination:

- **R4:** Other than what you told me, did you ever engage in sexual activity with a minor as an adult? (Response: No)
- **R6:** Excluding what you told me, did you ever have sexual contact with a minor as an adult? (Response: No)

## SECTION IV – RESULTS

It is the opinion of this examiner Buddy Travis **was** being truthful during testing of the above listed relevant questions.

Global analysis of the physiological data revealed that it was of sufficient interpretable quality to complete a standardized numerical analysis of the test results. Numerical analysis of the polygraph test was performed using the Empirical Scoring System and resulted in statistically significant numerical scores that support a conclusion of **"No Significant Response"** when examinee answered the above listed questions.

**CONFIDENTIAL**
**REDISCLOSURE PROHIBITED**

## SECTION V – POST TEST INTERVIEW

During the post-test interview phase of the examination, examinee did not provide any additional information. He was advised his attorney would be informed of the test results.

*[signature]*

Geronimo Garcia
Certified Polygraph Examiner

Note: All polygraph test data and associated documentation are maintained for a period of three years from the date of examination.